IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| COLLECTOR OF REVENUE OF THE CITY OF LOUIS, MISSOURI )<br><br>Plaintiff, )<br><br>vs. )<br><br>PARCELS OF LAND ENCUMBERED WITH DELINQUENT TAX LIENS )<br><br>Defendant. ) | Land Tax Suit No. 123<br><br>Division No. 2<br><br>**Pltf-25 A** |

## NOTICE OF HEARING

TO: Previous owners of and lien holders to parcels of tax delinquent property purchased by the Land Reutilization Authority of the City of St. Louis, Missouri pursuant to Missouri Statute and Sheriff's Sale 123-3, 123-6, 123-25, 123-44, 123-73, 123-87, 123-96, 123-100, 123-105, 123-110, 123-135 and 123-143.

Collector of Revenue
Room 111 - City Hall
1200 Market Street
St. Louis, Missouri 63103

Anthony J. Sestric
Attorney for Collector of Revenue
3967 Holly Hills Blvd.
St. Louis, Missouri 63116-3135

Sheriff of the City of St. Louis
Civil Courts Building
10 North Tucker Blvd. 8th fl.
St. Louis, Missouri 63101
Attention: Gordon Schweitzer, Jr.

You are hereby notified that the Land Reutilization Authority of the City of St. Louis, Missouri ("LRA") will call for hearing on **January 27, 2005 at 2:00 p.m.** in **Division 2** of the Circuit Court of the City of St. Louis for confirmation of the above referenced parcels bid on by LRA pursuant to Statute in Sheriff's Sale 123. You may appear and be heard at that time, if so disposed.

Donald G. Dylewski, Mo. Bar #39607
Attorney for Land Reutilization
Authority of the City of St. Louis
1015 Locust Street Ste. 1200
St. Louis, Missouri 63101
(314) 622-3400

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing was placed in the U.S. Mail, postage prepaid this  12  day of  January ,2005 to the persons shown on Notice.

*Synetta Wright*
Synetta Wright
Real Estate Specialist