EXHIBIT A



*Ronald A. Leggett*    COLLECTOR OF REVENUE, CITY OF ST. LOUIS



ROOM 109 CITY HALL
1200 MARKET ST.
ST. LOUIS, MO. 63103
(314) 622-4105
FAX: (314) 509-6731

# Pltf-25 B

### NOTICE OF JUDGMENT OF FORECLOSURE OF TAX LIENS, PUBLIC SALE OF REAL ESTATE AND RIGHT OF REDEMPTION

You are a lienholder according to the records of the Office of the Recorder of Deeds of the City of St. Louis or otherwise have an interest as to one or more parcels of real estate described in a certain deed of trust or other instrument, a copy of which is enclosed herewith, and further described in a certain suit bearing Land Tax Suit Number 123, filed in the Circuit Court of the City of St. Louis, Missouri, at St. Louis, Missouri, wherein. a. judgment of foreclosure of the liens of various delinquent tax bills has been entered and the Court has ordered that the said real estate be sold at a public sale for payment of all delinquent tax bills, together with interest, penalties attorney's fees, and costs. Said public sale shall be held on Tuesday, the 19th day of October 2004, between the hours of 9:00 a.m. and 5:00 p.m. at the east front door of the Civil Court Building (11th and Chestnut Streets) in the City of St. Louis, Missouri.

Unless all delinquent taxes are paid upon the receipt of real estate described in said suit and said real estate is redeemed prior to the time of the foreclosure sale of such real estate by the Sheriff, the owner or any person claiming any right, title, or interest in or to, or liens upon any such parcels of real estate shall be forever barred and foreclosed of all rights title, and interest and equity of redemption in and to such parcels of real estate provided, however, that any such persons shall have the right to redeem said real estate by payment in full to the Collector of Revenue of the City of St. Louis of all sums which have been adjudged to be due and owing and which constitute a lien upon said real estate.

You may contact the office of the undersigned to arrange for redemption of said real estate if you so desire.

RONALD A. LEGGETT
COLLECTOR OF REVENUE OF THE
CITY OF ST. LOUIS, MISSOURI
City Hall, Room 110
1200 Market Street
St. Louis, Missouri 63103

DATE : September 19, 2004

EXHIBIT B

| | |
|---|---|
| GEORGE & NAOMI ACKLES<br>5513 ORIOLE AVENUE<br>ST LOUIS MO  63120 | LTS NO. 123- |
| WENDY K BOX    TRUSTEE<br>WILLARD C OWENS<br>5507 ORIOLE<br>ST LOUIS MO   63120 | LTS NO. 123-1 |
| ALTHA M SMITH<br>4463 PENROSE<br>ST LOUIS MO   63115 | LTS 123-3 |
| SECURITY PACIFIC FINANCIAL SERVICES INC<br>10805 SUNSET OFFICE DRIVE    SUITE 402<br>ST LOUIS MO   63127 | LTS NO. 123-3 |
| DIRECTOR OF INTERNAL REVENUE<br>1222 SPRUCE<br>ST LOUIS MO  63103 | LTS NO. 123-3 |
| MILLARD ARBOGAST AND ZOIE HELMS<br>210 QUINCY STREET<br>ST LOUIS MO  63111 | LTS NO. 123-4 |
| BNC TRUSTEE SERVICES INC<br>P O BOX 19656<br>IRVINE   CA  92623-9656 | LTS NO. 123-4 |
| MILLSAP & SINGER PC<br>7777 BONHOMME   SUITE 2300<br>ST LOUIS MO  63105 | LTS NO. 123-4 |
| METROPOLITAN ST LOUIS SEWER DISTRICT<br>2350 MARKET STREET<br>ST LOUIS MO  63103 | LTS NO. 123-4 |
| SPECIAL TAX BILL DEPT<br>ROOM 311 CITY HALL<br>1200 MARKET STREET<br>ST LOUIS MO  63103 | LTS NO. 123-4 |
| JOHN L ARMSTEAD JR<br>3711 W FLORISSANT<br>ST LOUIS MO  63107 | LTS NO. 123-5 |
| ARNOLD MITCHELL<br>6129 SHERRY<br>ST LOUIS MO  63136 | LTS NO. 123-6 |

-3-

Exhibit B
Page 2

ASSOCIATES HOME EQUITY SERVICES INC
8333 RIDGEPOINT                                         LTS NO. 123-6
IRVING TX  75063

THOMAS J NOONAN PC
701 MARKET STREET   SUITE 650                           LTS NO. 123-6
ST LOUIS MO  63101

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                      LTS NO. 123-6
ST LOUIS MO  63103

CHERI RUSSELL
3948 MCREE                                              LTS NO. 123-7
ST LOUIS MO  63110

AAMES FUNDING CORPORATION
D/B/A AAMES HOME LOAN
3347 MICHELSON DRIVE   SUITE 300                         LTS NO. 123-7
IRVINE CA  92612

AAMES CAPITAL CORPORATION
350 S GRAND AVENUE                                       LTS NO. 123-7
LOS ANGELES CA  90071

COUNTRYWIDE HOME LOANS SV 79
1800 TAPO CANYON ROAD                                   LTS NO. 123-7
SIRRI VALLEY  CA  93065

HOUSING AUTHORITY OF ST LOUIS COUNTY
121 SOUTH MERAMAC                                        LTS NO. 123-7
ST LOUIS MO  63105

BANKERS TRUST COMPANY
C/O AVANTA
10790 RANCHO BERNARDO ROAD                              LTS NO. 123-8
SAN DIEGO CA  92127

THE LOAN STORE
338 N SARAH STREET                                      LTS NO. 123-8
ST LOUIS MO  63108

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET                                      LTS NO. 123-8
ST LOUIS MO  63103

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103                                          LTS NO. 123-8

GARDEN DISTRICT COMMISSION
4069 SHENANDOAH
ST LOUIS MO  63110                                          LTS NO. 123-11

COLLECTOR OF REVENUE   CITY OF ST LOUIS
1200 MARKET STREET   ROOM 109
ST LOUIS MO  63103                                          LTS NO. 123-11

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103                                          LTS NO. 123-11

KEITH AND SHIRLEY BLACKWELL
4006-08 MCREE AVENUE
ST LOUIS MO  63110                                          LTS NO. 123-13

KEITH AND SHIRLEY BLACKWELL
P O BOX 24851
ST LOUIS MO  63115                                          LTS NO. 123-13

UNICOR MORTGAGE INC
4041 ESSEN LANE
BATON ROUGE  LA  70809                                      LTS NO. 123-13

BANKERS TRUST COMPANY OF CALIFORNIA
THREE PARK PLAZA
IRVINE CA  92614                                            LTS NO. 123-13

SPVG TRUSTEE CORP
ONE CITY CENTRE  15TH FLOOR
ST LOUIS MO  63101                                          LTS NO. 123-13

DANIEL J BUESCHER
P O BOX 953
ST PETERS MO  63376                                         LTS NO. 123-13

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103                                          LTS NO. 123-13

/ ?

SYL BOLDEN
5132 PALM   APT 2W
ST LOUIS MO   63115                                          LTS NO. 123-15

US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
1670 BROADWAY
DENVER CO  80202-4801                                        LTS NO.  123-15

JOHN A BRATKOWSKI
3658 ARSENAL
ST LOUIS MO   63116                                          LTS NO. 123-17

DARRELL BRYANT
5243 GREER
ST LOUIS MO   63115                                          LTS NO. 123-22

BERNICE BUCHANAN
8834 GRANADA PLACE
ST LOUIS MO   63136                                          LTS NO. 123-23

COMMERCIAL CREDIT PLAN INCORPORATED
1989 ZUMBEHL ROAD
ST CHARLES MO   63303                                        LTS NO. 123-23

LOU BUDKES ARROW FINANCE COMPANY
3528 HAMPTON
ST LOUIS MO   63139                                          LTS NO. 123-23

BURNICE BUCHANAN
8834 GRANADA PLACE
ST LOUIS MO   63136                                          LTS NO. 123-24

LOU BUKDES ARROW FINANCE COMPANY
3528 HAMPTON
ST LOUIS MO   63139
SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO   63103                                          LTS NO. 123-24

C W TURNER CORPORATION
4601 W SAHARA AVENUE    SUITE L
LAS VEGAS NV   98102                                         LTS NO.: 123-25

EPICE CORPORATION
P O BOX 4353
CULVER CITY CA   90231

LTS NO.: 123-25

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103

LTS NO.: 123-25

BETTER LIVING COMMUNITIES OF ST LOUIS
2153 SALISBURY STREET
ST LOUIS MO   63107

LTS NO. 123-26

MIDRED GRIMES
MARY GRIMES SCHULTZ
2830 MAGAZINE
ST LOUIS MO   63106

LTS NO. 123-26

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103

LTS NO. 123-26

CARR SQUARE TENANT CORPORATION
1521 CARR
ST LOUIS MO   63106

LTS NO. 123-27

FLOYDELL GRIFFITH
PERSONAL REPRESENTATIVE FOR CORINE C CHATMAN
4540 CLARENCE
ST LOUIS MO   63115

LTS NO. 123-30

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO   63103

LTS NO. 123-30

D'MITRI A COLE
P O BOX 18846
ST LOUIS MO   63115

LTS NO. 123-34

CREVE COEUR MORTGAGE
795 OFFICE PARKWAY   SUITE 240
CREVE COEUR MO   63141

LTS NO. 123-34

Exhibit B
Page 6

PETER M SHAW    TRUSTEE
IDA HILDA CARPENTER INC
4205 VIRGINIA
ST LOUIS MO  63111

LTS NO. 123-34

PETER M SHAW    TRUSTEE
MIN JIN
14471 BANTRY LANE    UNIT 15
CHESTERFIELD MO    63017

LTS NO. 123-34

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103

LTS NO. 123-34

STEVE GRIFFIN AND RICO DAVIS
3430 N 14TH STREET
ST LOUIS MO    63107

LTS NO. 123-35

FIRST UNION HOME EQUITY BANK NA
CONS 14 0361
CHARLOTTE NC    28288

LTS NO. 123-35

BERRY F LAWS III    RICHARD L MARTIN
THOMAS J FRITZLEN JR    DEBBIE R LYNCH
JAMES F HORNE PC    STEPHEN M VIGH
JOHN R BOYCE PC    ROBERT E EGGMANN OR
JENNIFER A SCHWESIG
1044 MAIN STREET    SUITE 400
KANSAS CITY MO    64105

LTS NO. 123-35

FIRST UNION NATIONAL BANK
301 S COLLEGE ST
CHARLOTTE NC    28288

LTS NO.  123-35

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103

LTS NO. 123-35

COLLECTOR OF REVENUE   CITY OF ST LOUIS
1200 MARKET STREET    ROOM 109
ST LOUIS MO  63103

LTS NO. 123-35

FRANCES CONSENTINO    VINCENT GUZZETTA
MARY TUJARSKI   NORMA VIOLA   AND ALFONSO GUZZETTA
2441 DONNA DRIVE
HIGH RIDGE MO    63049

LTS NO. 123-36

Exhibit B
Page 7

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL                                          LTS NO. 123-136
1200 MARKET STREET
ST LOUIS MO  63103

GARDEN DISTRICT COMMISSION                                  LTS NO. 123-39
4069 SHENANDOAH
ST LOUIS MO  63110

DRUMOND DARDEN                                              LTS NO. 123-40
4111 NORTH TAYLOR AVENUE
ST LOUIS MO  63115

DONNA E PONTH                                               LTS NO. 123-42
4020 MISSOURI AVENUE
ST LOUIS MO  63118

EDWARD DAVID KENNEDY                                        LTS NO. 123-44
108 HAWKESBURY
ST LOUIS MO  63121

CITY OF ST LOUIS - SPECIAL TAX BILL                         LTS NO. 123-44
1200 MARKET STREET    ROOM 311
ST LOUIS MO  63103

REV DAVID TABB    LOIS TABB
ROBERT HEWETTE    JOHNNIE JONES
FAITH TEMPLE OF CHURCH OF GOD IN CHRIST                     LTS NO.  123-46
3009 WARNE AVENUE
ST LOUIS MO  63107

REV DAVID TABB    LOIS TABB
ROBERT HEWETTE    JOHNNIE JONES
FAITH TEMPLE OF CHURCH OF GOD IN CHRIST                     LTS NO.  123-46
3503 ST HENRY
ST LOUIS MO  63121

REV DAVID TABB    LOIS TABB
ROBERT HEWETTE    JOHNNIE JONES
FAITH TEMPLE OF CHURCH OF GOD IN CHRIST                     LTS NO.  123-46
7728 WESTERN PLACE
ST LOUIS MO

LENORA L FORD                                               LTS NO. 123-48
1314 WARREN STREET
ST LOUIS MO  63106

Exhibit B
Page 8

MORTGAGE INVESTMENT LENDING ASSOCIATES
3400 188TH STREET   SW   SUITE 305                                    LTS NO. 123-48
LYNNWOOD WA   98037

NEW MILLINEUM INVESTMENTS
11540 BELLEFONTAINE ROAD                                             LTS NO. 123-48
ST LOUIS MO   63138

FIRST NATIONAL BANK OF CHICAGO
ONCE FIRST NATIONAL PLAZA   SUITE 126                                LTS NO. 123-48
CHICAGO IL   60670-0126

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                  LTS NO. 123-48
ST LOUIS MO   63103

SOUTH & ASSOCIATES   TRUSTEE
4600 MADISON   SUITE 801                                            LTS NO. 123-48
KANSAS CITY MO   64112

CURTIS FREEMAN
2344 HEBERT                                                         LTS NO.  123-50
ST LOUIS MO   63107

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                  LTS NO. 123-50
ST LOUIS MO   63103

CURTIS FREEMAN
2334 HEBERT                                                         LTS NO. 123-51
ST LOUIS MO   63107

GARDEN DISTRICT COMMISSION
4069 SHENANDOAH                                                     LTS NO. 123-56
ST LOUIS MO   63110

CMSC MORTGAGE COMPANY
7320 OLD YORK ROAD                                                  LTS NO. 123-56
MELROSE PARK PA  19126

FEDERAL NATIONAL MORTGAGE ASSOCIATION
ASSIGNMENT DRAWER
3900 WISCONSIN AVENUE                                               LTS NO. 123-56
WASHINGTON DC   20016

Exhibit B
Page 9

STEPHEN K CRABTREE    TRUSTEE
ROGER & UNA CRABTREE
7584 OLIVE                                                          LTS NO. 123-56
ST LOUIS MO  63130

LEORY HARRIS AND MARYLEN SALONE
2200 HEBERT STREET                                                 LTS NO. 123-58
ST LOUIS MO  63107

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                 LTS NO. 123-58
ST LOUIS MO  63103

HOSEA E GALES
PERSONAL REPRESENATIVE OF BERTHA GUESS
5039 DELMAR                                                        LTS NO. 123-59
ST LOUIS MO   63108

CHARLES R OLDHAM    ATTORNEY
317 NORTH 11TH STREET SUITE 1220                                   LTS NO. 123-59
ST LOUIS MO   63101

MARSHALL AND DANA GUYTON
3522 NORTH 22ND STREET                                             LTS NO. 123-60
ST LOUIS MO  63107

MARSHALL AND DANA GUYTON
5514 NORWAY                                                        LTS NO. 123-60
ST LOUIS MO  63121

PATRICIA BERKIGLAR
BILL L CORBITT
ROUTE  1  BOX 66                                                   LTS NO. 123-60
BELLE MO  65013

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                 LTS NO. 123-60
ST LOUIS MO 63103

ROBERT AND CAROL HAEGELE
7717 WATER STREET                                                  LTS NO. 123-61
ST LOUIS MO  63111
NEW CASTLE MORTGAGE CORPORATION
655 CRAIG ROAD   SUITE 300                                         LTS NO. 123-61
ST LOUIS MO  63141

THE PROVIDENT BANK
I EAST FOURTH STREET    MAIL STOP 1983 NSC                           LTS NO. 123-61
CINCINNATI OH   45202

MILLSAP & SINGER PC    SUCCESSOR TRUSTEE
7777 BONHOMME     SUITE 2300                                         LTS NO: 123-61
ST LOUIS MO   63105

ALVIN AND GERALDINE HENRY
2306-08 HOWARD STREET                                               LTS NO. 123-63
ST LOUIS MO   63106

ALVIN AND GERALDINE HENRY
2306-08 HOWARD STREET                                               LTS NO. 123-64
ST LOUIS MO   63106

ALVIN AND GERALDINE HENRY
2306-08 HOWARD STREET                                               LTS NO. 123-65
ST LOUIS MO   63106

LAJUANA HINCH
4725 FLETCHER STREET                                                LTS NO. 123-67
ST LOUIS MO   63121

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                  LTS NO. 123-67
ST LOUIS MO   63103

WILLIE AND VIOLET JONES
4115 WEST FLORISSANT                                                LTS NO. 123-72
ST LOUIS MO   63115

CITY COMPTROLLER AND
CITY COUNSELOR
1200 MARKET STREET                                                  LTS NO. 123-72
ST LOUIS MO   63103

RODERICK O JORDAN    PERSONAL REPRESENTATIVE
LONNIE JORDAN JR
11435 AND/OR 11430 LA TONKA TRAIL                                   LTS NO. 123-73
FLORISSANT MO   63033

ALBERT M SCHLUETER   ATTORNEY AT LAW
11 SOUTH MERAMEC   SUITE 1400                                       LTS NO. 123-73
CLAYTON MO   63105

TRANSAMERICA FINANCIAL SERVICES
11960 WESTLINE INDUSTRIAL DRIVE   SUITE 301      LTS NO. 123-73
ST LOUIS MO  63146

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                              LTS NO. 123-73
ST LOUIS MO  63103

MICHAEL KANYUCK
KAREN SHOCKLEY
1905 HICKORY STREET                             LTS NO. 123-75
ST LOUIS MO   63104

MICHAEL KANYUCK
2217 JULES STREET                               LTS NO. 123-75
ST LOUIS MO  63104

L J WALKER
5219 FLETCHER                                   LTS NO. 123-76
ST LOUIS MO  63136

JACQUELINE MARTIN
4061 MCREE AVENUE                               LTS NO. 123-79
ST LOUIS MO  63110

EQUICREDIT
721 EMERSON ROAD   SUITE 101                    LTS NO. 123-79
CREVE COEUR MO  63141

FAIRBANKS CAPITAL CORP
338 S WARMINSTER ROAD                           LTS NO. 123-79
HATBORO PA  19040

COLOMBAS TAVERN INC
6483 MANCHESTER                                 LTS NO. 123-79
ST LOUIS MO  63139

DIANNE M MCCLARIN
5921 MARWINETTE DRIVE                           LTS NO. 123-81
ST LOUIS MO  63116

CONSUMER SECURITY MORTGAGE
1200 HARGER ROAD   SUITE 421                    LTS NO. 123-81
OAK BROOK IL  60521

Exhibit B
Page 12

PRAIRIE BANK & TRUST
7661 SOUTH HARLEM AVENUE
BRIDGEVIEW IL  60455

LTS NO. 123-81

FIRST UNION NATIONAL BANK OF NORTH CAROLINA
ONE FIRST UNION CENTER
TW 8 MAIL CODE 0731
CHARLOTTE NC  28288-0731

LTS NO. 123-81

SOUTH & ASSOCIATES
4600 MADISON AVENUE   SUITE 850
KANSAS CITY MO  64112

LTS NO. 123-81

MYLES E MCDONNELL
436 OAKLEY DRIVE
CLAYTON MO  63105

LTS NO. 123-82

MELD MANAGEMENT LLC
ATTN ERNEST DEMBA
1314 CLARKSON CLAYTON CENTER   SUITE 300
ELLISVILLE MO  63011

LTS NO. 123-83

LEE DEMBA  TRUSTEE
EUGENE J DEMBA
974 CLAYTON BROOK
BALLWIN MO  63011

LTS NO. 123-83

MELD PROPERTIES LLC
ATTN  ERNEST DEMBA
1314 CLARKSON CLAYTON CENTER  SUITE 300
ELLISVILLE MO  63011

LTS NO. 123-84

LEE DEMBA  TRUSTEE
EUGENE J DEMBA
974 CLAYTONBROOK
BALLWIN MO  63011

LTS NO. 123-84

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO 63103

LTS NO. 123-84

ADAM AND MARIA MILLER
3338-40 TEXAS
ST LOUIS MO  63118

LTS NO. 123-87

MARLENE R MILLER
8710 LACLEDE STATION
ST LOUIS MO  63123

LTS NO. 123-87

MERCANTILE BANK NATIONAL ASSOCIATION
8301 GRAVOIS
ST LOUIS MO  63123

LTS NO. 123-87

DARRELL MITCHELL
8648 ANNETTA
ST LOUIS MO 63147

LTS NO. 123-88

MONIQUE LACHELLE SELLERS
45 WASHINGTON TERRACE
ST LOUIS MO  63112

LTS NO. 123-89

FERNANDA LIMA
121 LEA MEADOWS DRIVE
BALLWIN MO  63011

LTS NO. 123-89

MONTGOMERY HYDE PARK NEIGHBORHOOD ADVISORY COUNCIL INC
818 OLIVE STREET
ST LOUIS MO  63101

LTS NO. 123-90

MONTGOMERY HYDE PARK NEIGHBORHOOD ADVISORY COUNCIL INC
818 OLIVE STREET
ST LOUIS MO  63101

LTS NO. 123-91

DAN MURPHY
4718 NATURAL BRIDGE
ST LOUIS MO  63115

LTS NO. 123-93

MISSOURI DEPARTMENT OF REVENUE
TAXPAYER SERVICE BUREAU
P O BOX 385
JEFFERSON CITY MO   65105-0385

LTS NO. 123-93

DAN AND DORIS MURPHY
4718 NATURAL BRIDGE
ST LOUIS MO  63115

LTS NO. 123-94

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103

LTS NO. 123-94

Exhibit B
Page 14

MISSOURI DEPARTMENT OF REVENUE
TAXPAYER SERVICE BUREAU                                    LTS NO. 123-94
P O BOX 385
JEFFERSON CITY MO  65105-0385

RUBY TURNER                                               LTS NO. 123-95
5038 CABANNE AVENUE
ST LOUIS MO  63113

SHERRI LYNN NEAL                                          LTS NO. 123-96
5949 LALITE AVENUE
ST LOUIS MO  63136

WELLS FARGO HOME MORTGAGE INC                             LTS NO. 123-97
3476 STATEVIEW BLVD
FORT MILL SC  29715

JAMES AND FRANCES OBERLE                                  LTS NO. 123-100
10052 ASHBROOK DRIVE
ST LOUIS MO  63137

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL                                        LTS NO. 123-100
1200 MARKET STREET
ST LOUIS MO  63103

PARADISE TEMPLE CHURCH OF GOD IN CHRIST                   LTS NO. 123-101
3100 CAROLINE STREET
ST LOUIS MO  63104

CINDY MAE WILLIAMS                                        LTS NO. 123-101
4045 AVERY LANE
ST LOUIS MO  63044

MELVIN PHILLIPS                                           LTS NO. 123-105
2926-2928 MISSOURI AVENUE
ST LOUIS MO  63118

INDYMAC BANK FSB                                          LTS NO. 123-105
155 NORTH LAKE AVENUE
PASADENA CA  91101

BANKERS TRUST                                             LTS NO. 123-105
1761 EAST ST ANDREW PLACE
SANTA ANA CA  92705

Exhibit B
Page 15

KOZENY & MCCUBBIN TRUSTEE COMPANY                          LTS NO. 123-105
12400 OLIVE BLVD   SUITE 555
ST LOUIS MO   63141

HERMAN AND DOROTHY LEONARD                                LTS NO. 123-106
1300 MENDELL DRIVE
ST LOUIS MO   63130

G STAFFORD CO                                             LTS NO. 123-109
226 S MERAMEC AVENUE
CLAYTON MO   63105

METROPOLITAN ST LOUIS SEWER DISTRICT                      LTS NO. 123-109
2350 MARKET STREET
ST LOUIS MO   63103

DOLORES PRESTON                                           LTS NO. 123-110
74 MORWOOD LANE
ST LOUIS MO   63141

STEVEN HUGHES                                             LTS NO. 123-115
4802 MEUSE DRIVE
BLACK JACK MO   63033

METROPOLITAN ST LOUIS SEWER DISTRICT                      LTS NO. 123-115
2350 MARKET STREET
ST LOUIS MO   63103

CARHILL ENTERPRISES                                       LTS NO. 123-115
1409 WASHINGTON AVENUE   SUITE 300
ST LOUIS MO   63103

MISSOURI DEPARTMENT OF REVENUE
TAXPAYER SERVICE BUREAU                                   LTS NO. 123-115
P O BOX 385
JEFFERSON CITY MO   65105-0385

MARCUS CANNON                                             LTS NO. 123-116
1654 TOWER GROVE AVENUE
ST LOUIS MO   63110

JOE A CRUTCHFIELD JR   TRUSTEE
JOYCE PUSATERI                                            LTS NO. 123-116
4157 BLAINE
ST LOUIS MO   63110

GATEWAY DEVELOPMENT CORP
314 WEST PARKER STREET
PINCKNEYVILLE IL  62274                                      LTS NO. 123-117

MURPHY WALL STATE BANK AND TRUST CO
105 EAST WATER STREET
PINCKNEYVILLE IL  62274                                      LTS NO. 123-117

DAMON ROBERSON
3518 HEBERT STREET
ST LOUIS MO  63107                                           LTS NO. 123-118

SCHWANN SANDERS
2109 BRANCH
ST LOUIS MO  63107                                           LTS NO. 123-120

FIRST UNION NATIONAL BANK OF DELAWARE
ONE RODNEY SQUARE
920 KING STREET
WILMINGTON DE  19801                                         LTS NO. 123-120

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103                                           LTS NO. 123-120

ANTHONY SIKORA    ANN ESKA    JOHN J SIKORA
HEDWIG R GAZOLAS  GENEVIEVE ADAMES   HELEN KIEPESZCZUK
THERESA RATH   STANLEY SIKORA  JOSEPH E SIKORA    DOROTHY M SIKORA
AND IRENE STELLA SIKORA
1623 NORTH 17TH STREET                                       LTS NO. 123-124
ST LOUIS MO   63106

SHARONA MCCLENDON
3940 PALM
ST LOUIS MO   63107                                          LTS NO. 123-126

UNITED COMPANIES LENDING CORP
4041 ESSEN LANE
BATON ROUGE  LA  70809                                       LTS NO. 123-126

BANKERS TRUST COMPANY OF CALIFORNIA
THREE PARK PLAZA
IRVINE CA   92614                                            LTS NO. 123-126

Exhibit B
Page 17

FERRONDA SMITH
4256 WEST FLORISSANT AVENUE                          LTS NO. 123-127
ST LOUIS MO  63115

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL                                   LTS NO. 123-127
1200 MARKET STREET
ST LOUIS MO  63103

RONALD DARYLL SMITH
2346 KLEMM                                           LTS NO. 123-129
ST LOUIS MO  63110

WMC MORTGAGE CORP
P O BOX 54089                                        LTS NO. 123-129
LOS ANGELES CA  90054

MORTGAGE ELECTR5ONIC REGISTRATION SYSTEMS INC
FINANCE AMERICA LLC                                  LTS NO. 123-129
P O BOX 16637
IRVINE CA  92623

SOPO CORP
3441 NORTH 14TH STREET                               LTS NO. 123-130
ST LOUIS MO  63107

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                   LTS NO. 123-130
ST LOUIS MO  63103

ARDEN DISTRICT COMMISSION
4069 SHENANDOAH                                      LTS NO. 123-131
ST LOUIS MO  63110

CREVE COEUR MORTGAGE ASSOCIATES
795 OFFICE PARKWAY   SUITE 240                        LTS NO. 123-131
ST LOUIS MO  63141

DAVIS & WEISMAN PC
1505 S BIG BEND                                      LTS NO. 123-131
ST LOUIS MO  63117

PLATINUM INVESTMENTS GROUP
3734 AVENUE DE PARIS                                 LTS NO. 123-131
ST LOUIS MO  63034

Exhibit B
Page 18

CITIFINANCIAL MORTGAGE COMPANY
8333 RIDGEPOINT DRIVE
IRVING TX   7506.                                          LTS NO. 123-13

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103                                       LTS NO. 123-131

CHARLENE AND EDWARDS STEWART
5 GOLDEN GATE COURT
ST PETERS MO   63376                                      LTS NO. 123-132

THE SECRETARY OF VETERANS AFFAIRS
DEPARTMENT OF VETERANS AFFAIRS
WASHINGTON DC   20420                                     LTS NO. 123-132

BANKERS TRUST COMPANY OF CALIFORNIA
3 PARK PLAZA    16TH FLOOR
IRVINE CA   92614                                         LTS NO. 123-132

KENNETH M SUITER
1917 DODIER STREET
ST LOUIS MO   63107                                       LTS NO. 123-133

PAT CLARK    TRUSTEE
MARY ELLEN AND HOBSON PALMER
5414 DELOR
ST LOUIS MO   63109                                       LTS NO. 123-133

BANK OF AMERICA
P O BOX 790233
ST LOUIS MO   63179-0233                                  LTS NO. 123-133

ARTHUR AND REVONNE THOMAS
11610 CAROLVIEW DRIVE
ST LOUIS MO   63033                                       LTS NO. 123-135

HERBERT MULLINS   TRUSTEE
GILBERT AND SHARON WAYNE
8726 ORIOLE
ST LOUIS MO   63147                                       LTS NO. 123-135

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103                                       LTS NO. 123-135

GLORIA THOMAS
213 NORTH PORT HILLS DRIVE
FLORISSANT MO   63033                                    LTS NO. 123-136

DANIEL J TRACY
2001 BRANCH STREET
ST LOUIS MO  63107                                       LTS NO. 123-137

DANIEL AND CASIMERA TRACY
2504 CLIFTON PARK TERRACE
ST LOUIS MO   63139                                      LTS NO. 123-138

THE COLONIAL BANK
12230 MANCHESTER ROAD
DES PERES MO   63131                                     LTS NO. 123-138

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103                                       LTS NO. 123-138

MULTIPLE INVESTMENTS LLC
5525 CLEMENS
ST LOUIS MO  63112                                       LTS NO. 123-139

L J WALKER
4131 RUSSELL
ST LOUIS MO  63110                                       LTS NO. 123-143

DAVID CATANZARO  TRUSTEE
CHARLES AND LORA HUBBARD
1953 PINE RUN
CHESTERFIELD MO   63017                                  LTS NO. 123-143

TRANSWHIRL BUILDING CORP
TITLE INSURERS INC
168 N MERAMEC
CLAYTON MO   63105                                       LTS NO. 123-143

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103                                       LTS NO. 123-143

MARK AND LAVERNE WALKER
7001 EDISON
ST LOUIS MO   63121                                          LTS NO. 123-144

BERLINE WARREN
LAVORIS P FOSTER
2727 FREEMANTLE DRIVE                                        LTS NO. 123-147
FLORISSANT MO   63031

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET                                          LTS NO. 123-147
ST LOUIS MO  63103

BRIAN WATSON
33 AMBERLY DRIVE                                            LTS NO. 123-148
ST PETERS MO  63376

RELIANCE FEDERAL SAVINGS AND LOAN ASSOCIATION
8930 GRAVOIS AVENUE                                         LTS NO. 123-148
ST LOUIS MO  63123

ASSOCIATES FINANCIAL SERVICES
37 FLOWER VALLEY                                            LTS NO. 123-148
FLORISSANT MO  63033

MILLSAP & SINGER PC
7777 BONHOMME   SUITE 2300                                  LTS NO. 123-148
ST LOUIS MO   63105

JAMES A THURMAN   TRUSTEE
COREY HALL
33 AMBERLY DRIVE                                            LTS NO. 123-148
ST PETERS MO   63376

EDWINA WILKES
3761 POTOMAC STREET                                         LTS NO. 123-152
ST LOUIS MO   63116

EQUICREDIT CORP
721 EMERSON ROAD   SUITE 101                                LTS NO. 123-152
CREVE COEUR MO   63141

POTOMAC TRUST OF THE COUNTY OF ST LOUIS
2129 BARRETT STATION ROAD                                   LTS NO. 123-152
ST LOUIS MO   63131

Exhibit B
Page 21

SOUTH & ASSOCIATES PC
4600 MADEISON AVENUE   SUITE 801                     LTS NO. 123-152
KANSAS CITY MO   64112

EQUICREDIT CORP OF AMERICA
10401 DEERWOOD PARK BLVD                             LTS NO. 123-152
JACKSONVILLE FL   32256

US BANK NATIONAL ASSOCIATION
111 EAST WACKER DRIVE   SUITE 3000                   LTS NO. 123-152
CHICAGO IL

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                  LTS NO. 123-152
ST LOUIS MO  63103

ERNESTINE YOUNG
2312 HEBERT STREET                                  LTS NO. 123-155
ST LOUIS MO   63112

LONG BEACH MORTGAGE COMPANY
1100 TOWN & COUNTRY ROAD                            LTS NO. 123-155
ORANGE CA   92868

DEUTSCHE BANK NATIONAL TRUST COMPANY
C/O WASHINGTON MUTUAL BANK
9451 CORBIN AVENUE                                  LTS NO. 123-155
NORTHRIDGE CA   91324

CARRIE YOUNG
4427 ARCO AVENUE                                    LTS NO. 123-156
ST LOUIS MO   63110

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                  LTS NO. 123-156
ST LOUIS MO   63103

UNION ELECTRIC COMPANY
1901 CHOUTEAU                                       LTS NO. 123-156
ST LOUIS MO   63103

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET                                  LTS NO. 123-156
ST LOUIS MO   63103

Exhibit B
Page 22

R E SOLUTIONS LLC
1846 MENARD
ST LOUIS MO    63104

LTS NO. 123-157

SAAMAN CORP
7925 FORSYTH BLVD
CLAYTON MO   63105

LTS NO. 123-157

GATEWAY BANK
3412 N UNION BLVD
ST LOUIS MO   63115

LTS NO. 123-157

5913-19 BARTMER LLC
6601 OLIVE STREET
ST LOUIS MO   63130

LTS NO. 123-160

CITY OF ST LOUIS SPECIAL TAX BILL
ROOM 311   CITY HALL
1200 MARKET STREET
ST LOUIS MO   63103

LTS NO. 123-160