IN THE MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(CITY OF ST. LOUIS)

IN THE MATTER OF FORECLOSURE OF )
LIENS FOR DELINQUENT LAND TAXES )
BY ACTION IN REM, )
CITY OF ST. LOUIS, MISSOURI, )

        Plaintiff, )

vs. )

PARCELS OF LAND ENCUMBERED )
WITH DELINQUENT TAX LIENS, )

        Defendants. )

# Pltf–25 C

Land Tax Suit 123

Division 2

**FILED**

**SEP 1 7 2004**

MARIANO V. FAVAZZA
CIRCUIT CLERK
BY DEPUTY CLERK

## AFFIDAVIT OF SERVICE OF NOTICE

Comes now Anthony J. Sestric, having been duly sworn, and states :

1. He is the attorney of record for the Plaintiff, Collector of Revenue of the City of St. Louis, Missouri .

2. On December 19, 2003, the Findings of Fact, Conclusions of Law and Order and Judgment and Decree of foreclosure was entered in this cause.

3. Public sale of those and other parcels against which judgment of foreclosure was rendered and which have not been redeemed is to be held on the 19th day of October, 2004.

4. Prior to September 17, 2004, a search of the records of the Recorder of Deeds of the City of St. Louis, Missouri was made to ascertain the identity of lienholders of record as to any property to be offered for sale on October 19th, 2004.

-1-

5. Attached hereto, marked "Exhibit A" and incorporated herein by reference, is a list of all lienholders of record as to any property which is subject to the October 19, 2004 sale, which had not been redeemed prior to September 17, 2004.

6. A Notice of sale was mailed to each entity listed in "Exhibit B" by depositing the same, postage prepaid in the United States Mail in the 17th day of September 2004, addressed to each said entity at their last known address as to the last known address appeared in the records of the Recorded of Deeds for the City of St. Louis, Missouri. A copy of said Notice is attached hereto, marked "Exhibit A" and incorporated herein by reference.

7. The undersigned swears that the matters set forth above are true and correct to the best knowledge and belief of the undersigned, subject to the penalties of making a false affidavit or declaration.

THE SESTRIC LAW FIRM

By Anthony J. Sestric MBE # 19026
3967 Holly Hills Blvd.
St. Louis, Missouri  63116-3135
(314) 351-2512
(Fax) (314) 351-2396
Attorneys for Collector of
Revenue of the City of St. Louis



*Ronald A. Leggett*    COLLECTOR OF REVENUE, CITY OF ST. LOUIS



ROOM 109 CITY HALL
1200 MARKET ST.
ST. LOUIS, MO. 63103
(314) 622-4105
FAX: (314) 589-6731

## NOTICE OF JUDGMENT OF FORECLOSURE OF TAX LIENS,
## PUBLIC SALE OF REAL ESTATE AND RIGHT OF REDEMPTION

You are a lienholder according to the records of the Office of the Recorder of Deeds of the City of St. Louis or otherwise have an interest as to one or more parcels of real estate described in a certain deed of trust or other instrument, a copy of which is enclosed herewith, and further described in a certain suit bearing Land Tax Suit Number 123, filed in the Circuit Court of the City of St. Louis, Missouri, at St. Louis, Missouri, wherein. a. judgment of foreclosure of the liens of various delinquent tax bills has been entered and the Court has ordered that the said real estate be sold at a public sale for payment of all delinquent tax bills, together with interest, penalties attorney's fees, and costs.  Said public sale shall be held on Tuesday, the 19th day of October 2004, between the hours of 9:00 a.m. and 5:00 p.m. at the east front door of the Civil Court Building (11th and Chestnut Streets) in the City of St. Louis, Missouri.

Unless all delinquent taxes are paid upon the receipt of real estate described in said suit and said real estate is redeemed prior to the time of the foreclosure sale of such real estate by the Sheriff, the owner or any person claiming any right, title, or interest in or to, or liens upon any such parcels of real estate shall be forever barred and foreclosed of all rights title, and interest and equity of redemption in and to such parcels of real estate provided, however, that any such persons shall have the right to redeem said real estate by payment in full to the Collector of Revenue of the City of St. Louis of all sums which have been adjudged to be due and owing and which constitute a lien upon said real estate.

You may contact the office of the undersigned to arrange for redemption of said real estate if you so desire.

RONALD A. LEGGETT
COLLECTOR OF REVENUE OF THE
CITY OF ST. LOUIS, MISSOURI
City Hall, Room 110
1200 Market Street
St. Louis, Missouri  63103

DATE : September 19, 2004

EXHIBIT B

GEORGE & NAOMI ACKLES
5513 ORIOLE AVENUE
ST LOUIS MO  63120                                        LTS NO. 123-

WENDY K BOX    TRUSTEE
WILLARD C OWENS
5507 ORIOLE
ST LOUIS MO  63120                                        LTS NO. 123-1

ALTHA M SMITH
4463 PENROSE
ST LOUIS MO  63115                                        LTS 123-3

SECURITY PACIFIC FINANCIAL SERVICES INC
10805 SUNSET OFFICE DRIVE    SUITE 402
ST LOUIS MO  63127                                        LTS NO. 123-3
DIRECTOR OF INTERNAL REVENUE
1222 SPRUCE
ST LOUIS MO  63103                                        LTS NO. 123-3

MILLARD ARBOGAST AND ZOIE HELMS
210 QUINCY STREET
ST LOUIS MO  63111                                        LTS NO. 123-4

BNC TRUSTEE SERVICES INC
P O BOX 19656
IRVINE   CA  92623-9656                                   LTS NO. 123-4

MILLSAP & SINGER PC
7777 BONHOMME    SUITE 2300
ST LOUIS MO  63105                                        LTS NO. 123-4

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103                                        LTS NO. 123-4

SPECIAL TAX BILL DEPT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103                                        LTS NO. 123-4

JOHN L ARMSTEAD JR
3711 W FLORISSANT
ST LOUIS MO  63107                                        LTS NO. 123-5

ARNOLD MITCHELL
6129 SHERRY
ST LOUIS MO  63136                                        LTS NO. 123-6

-3-

ASSOCIATES HOME EQUITY SERVICES INC
8333 RIDGEPOINT
IRVING TX   75063

LTS NO. 123-6

THOMAS J NOONAN PC
701 MARKET STREET   SUITE 650
ST LOUIS MO  63101

LTS NO. 123-6

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103

LTS NO. 123-6

CHERI RUSSELL
3948 MCREE
ST LOUIS MO  63110

LTS NO. 123-7

AAMES FUNDING CORPORATION
D/B/A AAMES HOME LOAN
3347 MICHELSON DRIVE   SUITE 300
IRVINE CA  92612

LTS NO. 123-7

AAMES CAPITAL CORPORATION
350 S GRAND AVENUE
LOS ANGELES CA  90071

LTS NO. 123-7

COUNTRYWIDE HOME LOANS SV 79
1800 TAPO CANYON ROAD
SIRRI VALLEY  CA  93065

LTS NO. 123-7

HOUSING AUTHORITY OF ST LOUIS COUNTY
121 SOUTH MERAMAC
ST LOUIS MO  63105

LTS NO. 123-7

BANKERS TRUST COMPANY
C/O AVANTA
10790 RANCHO BERNARDO ROAD
SAN DIEGO CA   92127

LTS NO. 123-8

THE LOAN STORE
338 N SARAH STREET
ST LOUIS MO  63108

LTS NO. 123-8

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103

LTS NO. 123-8

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                     LTS NO. 123-8
ST LOUIS MO  63103

GARDEN DISTRICT COMMISSION
4069 SHENANDOAH                                                        LTS NO. 123-11
ST LOUIS MO  63110

COLLECTOR OF REVENUE   CITY OF ST LOUIS
1200 MARKET STREET   ROOM 109                                          LTS NO. 123-11
ST LOUIS MO  63103

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET                                                     LTS NO. 123-11
ST LOUIS MO  63103

KEITH AND SHIRLEY BLACKWELL
4006-08 MCREE AVENUE                                                   LTS NO. 123-13
ST LOUIS MO   63110

KEITH AND SHIRLEY BLACKWELL
P O BOX 24851                                                          LTS NO. 123-13
ST LOUIS MO  63115

UNICOR MORTGAGE INC
4041 ESSEN LANE                                                        LTS NO. 123-13
BATON ROUGE  LA   70809

BANKERS TRUST COMPANY OF CALIFORNIA
THREE PARK PLAZA                                                       LTS NO. 123-13
IRVINE CA  92614

SPVG TRUSTEE CORP
ONE CITY CENTRE   15TH FLOOR                                           LTS NO. 123-13
ST LOUIS MO  63101

DANIEL J BUESCHER
P O BOX 953                                                            LTS NO. 123-13
ST PETERS MO  63376

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                     LTS NO. 123-13
ST LOUIS MO  63103

*17*

SYL BOLDEN
5132 PALM   APT 2W
ST LOUIS MO   63115                                          LTS NO. 123-15

US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
1670 BROADWAY
DENVER CO   80202-4801                                       LTS NO.  123-15

JOHN A BRATKOWSKI
3658 ARSENAL
ST LOUIS MO   63116                                          LTS NO. 123-17

DARRELL BRYANT
5243 GREER
ST LOUIS MO   63115                                          LTS NO. 123-22

BERNICE BUCHANAN
8834 GRANADA PLACE
ST LOUIS MO   63136                                          LTS NO. 123-23

COMMERCIAL CREDIT PLAN INCORPORATED
1989 ZUMBEHL ROAD
ST CHARLES MO   63303                                        LTS NO. 123-23

LOU BUDKES ARROW FINANCE COMPANY
3528 HAMPTON
ST LOUIS MO   63139                                          LTS NO. 123-23

BURNICE BUCHANAN
8834 GRANADA PLACE
ST LOUIS MO   63136                                          LTS NO. 123-24

LOU BUKDES ARROW FINANCE COMPANY
3528 HAMPTON
ST LOUIS MO   63139
SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO   63103                                          LTS NO. 123-24

C W TURNER CORPORATION
4601 W SAHARA AVENUE    SUITE L
LAS VEGAS NV   98102                                         LTS NO.: 123-25

EPICE CORPORATION
P O BOX 4353
CULVER CITY CA   90231
LTS NO.: 123-25

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103
LTS NO.: 123-25

BETTER LIVING COMMUNITIES OF ST LOUIS
2153 SALISBURY STREET
ST LOUIS MO  63107
LTS NO. 123-26

MIDRED GRIMES
MARY GRIMES SCHULTZ
2830 MAGAZINE
ST LOUIS MO   63106
LTS NO. 123-26

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103
LTS NO. 123-26

CARR SQUARE TENANT CORPORATION
1521 CARR
ST LOUIS MO  63106
LTS NO. 123-27

FLOYDELL GRIFFITH
PERSONAL REPRESENTATIVE FOR CORINE C CHATMAN
4540 CLARENCE
ST LOUIS MO  63115
LTS NO. 123-30

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103
LTS NO. 123-30

D'MITRI A COLE
P O BOX 18846
ST LOUIS MO  63115
LTS NO. 123-34

CREVE COEUR MORTGAGE
795 OFFICE PARKWAY   SUITE 240
CREVE COEUR MO  63141
LTS NO. 123-34

Exhibit B
Page 6

PETER M SHAW    TRUSTEE
IDA HILDA CARPENTER INC
4205 VIRGINIA
ST LOUIS MO  63111                                          LTS NO. 123-34

PETER M SHAW    TRUSTEE
MIN JIN
14471 BANTRY LANE    UNIT 15
CHESTERFIELD MO   63017                                     LTS NO. 123-34

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                          LTS NO. 123-34
ST LOUIS MO  63103

STEVE GRIFFIN AND RICO DAVIS
3430 N 14TH STREET                                          LTS NO. 123-35
ST LOUIS MO  63107

FIRST UNION HOME EQUITY BANK NA
CONS 14 0361                                                LTS NO. 123-35
CHARLOTTE NC   28288

BERRY F LAWS III   RICHARD L MARTIN
THOMAS J FRITZLEN JR   DEBBIE R LYNCH
JAMES F HORNE PC   STEPHEN M VIGHI
JOHN R BOYCE PC   ROBERT E EGGMANN OR
JENNIFER A SCHWESIG
1044 MAIN STREET    SUITE 400                               LTS NO. 123-35
KANSAS CITY MO   64105

FIRST UNION NATIONAL BANK
301 S COLLEGE ST                                           LTS NO.  123-35
CHARLOTTE NC   28288

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                         LTS NO. 123-35
ST LOUIS MO  63103

COLLECTOR OF REVENUE   CITY OF ST LOUIS
1200 MARKET STREET    ROOM 109                             LTS NO. 123-35
ST LOUIS MO  63103

FRANCES CONSENTINO   VINCENT GUZZETTA
MARY TUJARSKI   NORMA VIOLA  AND ALFONSO GUZZETTA
2441 DONNA DRIVE                                           LTS NO. 123-36
HIGH RIDGE MO   63049

Exhibit B
Page 7

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103                                          LTS NO. 123-136

GARDEN DISTRICT COMMISSION
4069 SHENANDOAH
ST LOUIS MO  63110                                          LTS NO. 123-39

DRUMOND DARDEN
4111 NORTH TAYLOR AVENUE
ST LOUIS MO  63115                                          LTS NO. 123-40

DONNA E PONTH
4020 MISSOURI AVENUE
ST LOUIS MO  63118                                          LTS NO. 123-42

EDWARD DAVID KENNEDY
108 HAWKESBURY
ST LOUIS MO  63121                                          LTS NO. 123-44

CITY OF ST LOUIS - SPECIAL TAX BILL
1200 MARKET STREET    ROOM 311
ST LOUIS MO  63103                                          LTS NO. 123-44

REV DAVID TABB    LOIS TABB
ROBERT HEWETTE    JOHNNIE JONES
FAITH TEMPLE OF CHURCH OF GOD IN CHRIST
3009 WARNE AVENUE
ST LOUIS MO  63107                                          LTS NO.  123-46

REV DAVID TABB    LOIS TABB
ROBERT HEWETTE    JOHNNIE JONES
FAITH TEMPLE OF CHURCH OF GOD IN CHRIST
3503 ST HENRY
ST LOUIS MO  63121                                          LTS NO.  123-46

REV DAVID TABB    LOIS TABB
ROBERT HEWETTE    JOHNNIE JONES
FAITH TEMPLE OF CHURCH OF GOD IN CHRIST
7728 WESTERN PLACE
ST LOUIS MO                                                 LTS NO.  123-46

LENORA L FORD
1314 WARREN STREET
ST LOUIS MO  63106                                          LTS NO. 123-48

MORTGAGE INVESTMENT LENDING ASSOCIATES
3400 188TH STREET   SW   SUITE 305                                    LTS NO. 123-48
LYNNWOOD WA   98037

NEW MILLINEUM INVESTMENTS
11540 BELLEFONTAINE ROAD                                             LTS NO. 123-48
ST LOUIS MO   63138

FIRST NATIONAL BANK OF CHICAGO
ONCE FIRST NATIONAL PLAZA  SUITE 126                                 LTS NO. 123-48
CHICAGO IL   60670-0126

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                  LTS NO. 123-48
ST LOUIS MO   63103

SOUTH & ASSOCIATES   TRUSTEE
4600 MADISON   SUITE 801                                            LTS NO. 123-48
KANSAS CITY MO   64112

CURTIS FREEMAN
2344 HEBERT                                                        LTS NO.  123-50
ST LOUIS MO   63107

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                 LTS NO. 123-50
ST LOUIS MO   63103

CURTIS FREEMAN
2334 HEBERT                                                        LTS NO. 123-51
ST LOUIS MO   63107

GARDEN DISTRICT COMMISSION
4069 SHENANDOAH                                                    LTS NO. 123-56
ST LOUIS MO   63110

CMSC MORTGAGE COMPANY
7320 OLD YORK ROAD                                                 LTS NO. 123-56
MELROSE PARK PA   19126

FEDERAL NATIONAL MORTGAGE ASSOCIATION
ASSIGNMENT DRAWER
3900 WISCONSIN AVENUE                                              LTS NO. 123-56
WASHINGTON DC   20016

Exhibit B
Page 9

STEPHEN K CRABTREE   TRUSTEE
ROGER & UNA CRABTREE
7584 OLIVE
ST LOUIS MO   63130                                          LTS NO. 123-56

LEORY HARRIS AND MARYLEN SALONE
2200 HEBERT STREET
ST LOUIS MO   63107                                          LTS NO. 123-58

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103                                          LTS NO. 123-58

HOSEA E GALES
PERSONAL REPRESENATIVE OF BERTHA GUESS
5039 DELMAR
ST LOUIS MO   63108                                          LTS NO. 123-59

CHARLES R OLDHAM   ATTORNEY
317 NORTH 11TH STREET SUITE 1220
ST LOUIS MO   63101                                          LTS NO.  123-59

MARSHALL AND DANA GUYTON
3522 NORTH 22ND STREET
ST LOUIS MO   63107                                          LTS NO. 123-60

MARSHALL AND DANA GUYTON
5514 NORWAY
ST LOUIS MO   63121                                          LTS NO. 123-60

PATRICIA BERKIGLAR
BILL L CORBITT
ROUTE  1  BOX 66
BELLE MO   65013                                             LTS NO. 123-60

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO 63103                                            LTS NO. 123-60

ROBERT AND CAROL HAEGELE
7717 WATER STREET
ST LOUIS MO   63111                                          LTS NO. 123-61
NEW CASTLE MORTGAGE CORPORATION
655 CRAIG ROAD   SUITE 300
ST LOUIS MO   63141                                          LTS NO. 123-61

THE PROVIDENT BANK
1 EAST FOURTH STREET    MAIL STOP 1983 NSC
CINCINNATI OH   45202                                    LTS NO. 123-61

MILLSAP & SINGER PC    SUCCESSOR TRUSTEE
7777 BONHOMME    SUITE 2300
ST LOUIS MO  63105                                       LTS NO: 123-61

ALVIN AND GERALDINE HENRY
2306-08 HOWARD STREET
ST LOUIS MO  63106                                       LTS NO. 123-63

ALVIN AND GERALDINE HENRY
2306-08 HOWARD STREET
ST LOUIS MO  63106                                       LTS NO. 123-64

ALVIN AND GERALDINE HENRY
2306-08 HOWARD STREET
ST LOUIS MO  63106                                       LTS NO. 123-65

LAJUANA HINCH
4725 FLETCHER STREET
ST LOUIS MO  63121                                       LTS NO. 123-67

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103                                       LTS NO. 123-67

WILLIE AND VIOLET JONES
4115 WEST FLORISSANT
ST LOUIS MO  63115                                       LTS NO. 123-72

CITY COMPTROLLER AND
CITY COUNSELOR
1200 MARKET STREET
ST LOUIS MO  63103                                       LTS NO. 123-72

RODERICK O JORDAN   PERSONAL REPRESENTATIVE
LONNIE JORDAN JR
11435 AND/OR 11430 LA TONKA TRAIL
FLORISSANT MO  63033                                     LTS NO. 123-73

ALBERT M SCHLUETER   ATTORNEY AT LAW
11 SOUTH MERAMEC  SUITE 1400
CLAYTON MO  63105                                        LTS NO. 123-73

TRANSAMERICA FINANCIAL SERVICES
11960 WESTLINE INDUSTRIAL DRIVE   SUITE 301
ST LOUIS MO   63146                                          LTS NO. 123-73

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103                                          LTS NO. 123-73

MICHAEL KANYUCK
KAREN SHOCKLEY
1905 HICKORY STREET
ST LOUIS MO   63104                                          LTS NO. 123-75

MICHAEL KANYUCK
2217 JULES STREET
ST LOUIS MO   63104                                          LTS NO. 123-75

L J WALKER
5219 FLETCHER
ST LOUIS MO   63136                                          LTS NO. 123-76

JACQUELINE MARTIN
4061 MCREE AVENUE
ST LOUIS MO   63110                                          LTS NO. 123-79

EQUICREDIT
721 EMERSON ROAD   SUITE 101
CREVE COEUR MO   63141                                       LTS NO. 123-79

FAIRBANKS CAPITAL CORP
338 S WARMINSTER ROAD
HATBORO PA   19040                                           LTS NO. 123-79

COLOMBAS TAVERN INC
6483 MANCHESTER
ST LOUIS MO   63139                                          LTS NO. 123-79

DIANNE M MCCLARIN
5921 MARWINETTE DRIVE
ST LOUIS MO   63116                                          LTS NO. 123-81

CONSUMER SECURITY MORTGAGE
1200 HARGER ROAD   SUITE 421
OAK BROOK IL   60521                                         LTS NO. 123-81

Exhibit B
Page 12

PRAIRIE BANK & TRUST
7661 SOUTH HARLEM AVENUE
BRIDGEVIEW IL   60455                                    LTS NO. 123-81

FIRST UNION NATIONAL BANK OF NORTH CAROLINA
ONE FIRST UNION CENTER
TW 8 MAIL CODE 0731
CHARLOTTE NC   28288-0731                                LTS NO. 123-81

SOUTH & ASSOCIATES
4600 MADISON AVENUE   SUITE 850
KANSAS CITY MO   64112                                   LTS NO. 123-81

MYLES E MCDONNELL
436 OAKLEY DRIVE
CLAYTON MO   63105                                       LTS NO. 123-82

MELD MANAGEMENT LLC
ATTN ERNEST DEMBA
1314 CLARKSON CLAYTON CENTER   SUITE 300
ELLISVILLE MO   63011                                    LTS NO. 123-83

LEE DEMBA   TRUSTEE
EUGENE J DEMBA
974 CLAYTON BROOK
BALLWIN MO   63011                                       LTS NO. 123-83

MELD PROPERTIES LLC
ATTN   ERNEST DEMBA
1314 CLARKSON CLAYTON CENTER   SUITE 300
ELLISVILLE MO   63011                                    LTS NO. 123-84

LEE DEMBA   TRUSTEE
EUGENE J DEMBA
974 CLAYTONBROOK
BALLWIN MO   63011                                       LTS NO. 123-84

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO 63103                                        LTS NO. 123-84

ADAM AND MARIA MILLER
3338-40 TEXAS
ST LOUIS MO   63118                                      LTS NO. 123-87

Exhibit B
Page 13

MARLENE R MILLER
8710 LACLEDE STATION
ST LOUIS MO 63123                                        LTS NO. 123-87

MERCANTILE BANK NATIONAL ASSOCIATION
8301 GRAVOIS
ST LOUIS MO 63123                                        LTS NO. 123-87

DARRELL MITCHELL
8648 ANNETTA
ST LOUIS MO 63147                                        LTS NO. 123-88

MONIQUE LACHELLE SELLERS
45 WASHINGTON TERRACE
ST LOUIS MO 63112                                        LTS NO. 123-89

FERNANDA LIMA
121 LEA MEADOWS DRIVE
BALLWIN MO 63011                                         LTS NO. 123-89

MONTGOMERY HYDE PARK NEIGHBORHOOD ADVISORY COUNCIL INC
818 OLIVE STREET
ST LOUIS MO 63101                                        LTS NO. 123-90

MONTGOMERY HYDE PARK NEIGHBORHOOD ADVISORY COUNCIL INC
818 OLIVE STREET
ST LOUIS MO 63101                                        LTS NO. 123-91

DAN MURPHY
4718 NATURAL BRIDGE
ST LOUIS MO 63115                                        LTS NO. 123-93

MISSOURI DEPARTMENT OF REVENUE
TAXPAYER SERVICE BUREAU
P O BOX 385
JEFFERSON CITY MO 65105-0385                             LTS NO. 123-93

DAN AND DORIS MURPHY
4718 NATURAL BRIDGE
ST LOUIS MO 63115                                        LTS NO. 123-94

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO 63103                                        LTS NO. 123-94

MISSOURI DEPARTMENT OF REVENUE
TAXPAYER SERVICE BUREAU
P O BOX 385
JEFFERSON CITY MO  65105-0385                    LTS NO. 123-94

RUBY TURNER
5038 CABANNE AVENUE
ST LOUIS MO  63113                               LTS NO. 123-95

SHERRI LYNN NEAL
5949 LALITE AVENUE
ST LOUIS MO  63136                               LTS NO. 123-96

WELLS FARGO HOME MORTGAGE INC
3476 STATEVIEW BLVD
FORT MILL SC  29715                              LTS NO. 123-97

JAMES AND FRANCES OBERLE
10052 ASHBROOK DRIVE
ST LOUIS MO  63137                               LTS NO. 123-100

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103                               LTS NO. 123-100

PARADISE TEMPLE CHURCH OF GOD IN CHRIST
3100 CAROLINE STREET
ST LOUIS MO  63104                               LTS NO. 123-101

CINDY MAE WILLIAMS
4045 AVERY LANE
ST LOUIS MO  63044                               LTS NO. 123-101

MELVIN PHILLIPS
2926-2928 MISSOURI AVENUE
ST LOUIS MO  63118                               LTS NO. 123-105

INDYMAC BANK FSB
155 NORTH LAKE AVENUE
PASADENA CA  91101                               LTS NO. 123-105

BANKERS TRUST
1761 EAST ST ANDREW PLACE
SANTA ANA CA  92705                              LTS NO. 123-105

KOZENY & McCUBBIN TRUSTEE COMPANY
12400 OLIVE BLVD   SUITE 555
ST LOUIS MO  63141

LTS NO.  123-105

HERMAN AND DOROTHY LEONARD
1300 MENDELL DRIVE
ST LOUIS MO  63130

LTS NO.  123-106

G STAFFORD CO
226 S MERAMEC AVENUE
CLAYTON MO  63105

LTS NO.  123-109

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103

LTS NO.  123-109

DOLORES PRESTON
74 MORWOOD LANE
ST LOUIS MO  63141

LTS NO.  123-110

STEVEN HUGHES
4802 MEUSE DRIVE
BLACK JACK MO   63033

LTS NO.  123-115

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103

LTS NO.  123-115

CARHILL ENTERPRISES
1409 WASHINGTON AVENUE   SUITE 300
ST LOUIS MO  63103

LTS NO.  123-115

MISSOURI DEPARTMENT OF REVENUE
TAXPAYER SERVICE BUREAU
P O BOX 385
JEFFERSON CITY MO   65105-0385

LTS NO.  123-115

MARCUS CANNON
1654 TOWER GROVE AVENUE
ST LOUIS MO  63110

LTS NO.  123-116

JOE A CRUTCHFIELD JR   TRUSTEE
JOYCE PUSATERI
4157 BLAINE
ST LOUIS MO   63110

LTS NO.  123-116

GATEWAY DEVELOPMENT CORP
314 WEST PARKER STREET
PINCKNEYVILLE IL  62274

LTS NO. 123-117

MURPHY WALL STATE BANK AND TRUST CO
105 EAST WATER STREET
PINCKNEYVILLE IL  62274

LTS NO. 123-117

DAMON ROBERSON
3518 HEBERT STREET
ST LOUIS MO  63107

LTS NO. 123-118

SCHWANN SANDERS
2109 BRANCH
ST LOUIS MO  63107

LTS NO. 123-120

FIRST UNION NATIONAL BANK OF DELAWARE
ONE RODNEY SQUARE
920 KING STREET
WILMINGTON DE  19801

LTS NO. 123-120

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO  63103

LTS NO. 123-120

ANTHONY SIKORA     ANN ESKA     JOHN J SIKORA
HEDWIG R GAZOLAS  GENEVIEVE ADAMES     HELEN KIEPESZCZUK
THERESA RATH     STANLEY SIKORA  JOSEPH E SIKORA     DOROTHY M SIKORA
AND IRENE STELLA SIKORA
1623 NORTH 17TH STREET
ST LOUIS MO  63106

LTS NO. 123-124

SHARONA MCCLENDON
3940 PALM
ST LOUIS MO  63107

LTS NO. 123-126

UNITED COMPANIES LENDING CORP
4041 ESSEN LANE
BATON ROUGE  LA  70809

LTS NO. 123-126

BANKERS TRUST COMPANY OF CALIFORNIA
THREE PARK PLAZA
IRVINE CA  92614

LTS NO. 123-126

FERRONDA SMITH
4256 WEST FLORISSANT AVENUE                                              LTS NO. 123-127
ST LOUIS MO  63115

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET                                                      LTS NO. 123-127
ST LOUIS MO  63103

RONALD DARYLL SMITH
2346 KLEMM                                                              LTS NO. 123-129
ST LOUIS MO  63110

WMC MORTGAGE CORP
P O BOX 54089                                                           LTS NO. 123-129
LOS ANGELES CA  90054

MORTGAGE ELECTRSONIC REGISTRATION SYSTEMS INC
FINANCE AMERICA LLC
P O BOX 16637                                                           LTS NO. 123-129
IRVINE CA  92623

SOPO CORP
3441 NORTH 14TH STREET                                                  LTS NO. 123-130
ST LOUIS MO  63107

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET                                                      LTS NO. 123-130
ST LOUIS MO  63103

ARDEN DISTRICT COMMISSION
4069 SHENANDOAH                                                         LTS NO. 123-131
ST LOUIS MO  63110

CREVE COEUR MORTGAGE ASSOCIATES
795 OFFICE PARKWAY   SUITE 240                                          LTS NO. 123-131
ST LOUIS MO  63141

DAVIS & WEISMAN PC
1505 S BIG BEND                                                         LTS NO. 123-131
ST LOUIS MO  63117

PLATINUM INVESTMENTS GROUP
3734 AVENUE DE PARIS                                                    LTS NO. 123-131
ST LOUIS MO  63034

CITIFINANCIAL MORTGAGE COMPANY
8333 RIDGEPOINT DRIVE
IRVING TX   7506:                                          LTS NO. 123-13:

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103                                        LTS NO. 123-131

CHARLENE AND EDWARDS STEWART
5 GOLDEN GATE COURT
ST PETERS MO   63376                                       LTS NO. 123-132

THE SECRETARY OF VETERANS AFFAIRS
DEPARTMENT OF VETERANS AFFAIRS
WASHINGTON DC   20420                                      LTS NO. 123-132

BANKERS TRUST COMPANY OF CALIFORNIA
3 PARK PLAZA   16TH FLOOR
IRVINE CA   92614                                          LTS NO. 123-132

KENNETH M SUITER
1917 DODIER STREET
ST LOUIS MO   63107                                        LTS NO. 123-133

PAT CLARK   TRUSTEE
MARY ELLEN AND HOBSON PALMER
5414 DELOR
ST LOUIS MO   63109                                        LTS NO. 123-133

BANK OF AMERICA
P O BOX 790233
ST LOUIS MO   63179-0233                                   LTS NO. 123-133

ARTHUR AND REVONNE THOMAS
11610 CAROLVIEW DRIVE
ST LOUIS MO   63033                                        LTS NO. 123-135

HERBERT MULLINS   TRUSTEE
GILBERT AND SHARON WAYNE
8726 ORIOLE
ST LOUIS MO   63147                                        LTS NO. 123-135

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103                                        LTS NO. 123-135

GLORIA THOMAS
213 NORTH PORT HILLS DRIVE
FLORISSANT MO   63033                                    LTS NO. 123-136

DANIEL J TRACY
2001 BRANCH STREET
ST LOUIS MO  63107                                       LTS NO. 123-137

DANIEL AND CASIMERA TRACY
2504 CLIFTON PARK TERRACE
ST LOUIS MO   63139                                      LTS NO. 123-138

THE COLONIAL BANK
12230 MANCHESTER ROAD
DES PERES MO   63131                                     LTS NO. 123-138

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103                                       LTS NO. 123-138

MULTIPLE INVESTMENTS LLC
5525 CLEMENS
ST LOUIS MO  63112                                       LTS NO. 123-139

L J WALKER
4131 RUSSELL
ST LOUIS MO  63110                                       LTS NO. 123-143

DAVID CATANZARO   TRUSTEE
CHARLES AND LORA HUBBARD
1953 PINE RUN
CHESTERFIELD MO   63017                                  LTS NO. 123-143

TRANSWHIRL BUILDING CORP
TITLE INSURERS INC
168 N MERAMEC
CLAYTON MO   63105                                       LTS NO. 123-143

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO  63103                                       LTS NO. 123-143

MARK AND LAVERNE WALKER
7001 EDISON
ST LOUIS MO   63121                                          LTS NO. 123-144

BERLINE WARREN
LAVORIS P FOSTER
2727 FREEMANTLE DRIVE
FLORISSANT MO   63031                                        LTS NO. 123-147

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO   63103                                          LTS NO. 123-147

BRIAN WATSON
33 AMBERLY DRIVE
ST PETERS MO   63376                                         LTS NO. 123-148

RELIANCE FEDERAL SAVINGS AND LOAN ASSOCIATION
8930 GRAVOIS AVENUE
ST LOUIS MO   63123                                          LTS NO. 123-148

ASSOCIATES FINANCIAL SERVICES
37 FLOWER VALLEY
FLORISSANT MO   63033                                        LTS NO. 123-148

MILLSAP & SINGER PC
7777 BONHOMME   SUITE 2300
ST LOUIS MO   63105                                          LTS NO. 123-148

JAMES A THURMAN   TRUSTEE
COREY HALL
33 AMBERLY DRIVE
ST PETERS MO   63376                                         LTS NO. 123-148

EDWINA WILKES
3761 POTOMAC STREET
ST LOUIS MO   63116                                          LTS NO. 123-152

EQUICREDIT CORP
721 EMERSON ROAD   SUITE 101
CREVE COEUR MO   63141                                       LTS NO. 123-152

POTOMAC TRUST OF THE COUNTY OF ST LOUIS
2129 BARRETT STATION ROAD
ST LOUIS MO   63131                                          LTS NO. 123-152

Exhibit B
Page 21

SOUTH & ASSOCIATES PC
4600 MADEISON AVENUE   SUITE 801
KANSAS CITY MO   64112                                    LTS NO. 123-152

EQUICREDIT CORP OF AMERICA
10401 DEERWOOD PARK BLVD
JACKSONVILLE FL   32256                                   LTS NO. 123-152

US BANK NATIONAL ASSOCIATION
111 EAST WACKER DRIVE   SUITE 3000
CHICAGO IL                                               LTS NO. 123-152

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103                                       LTS NO. 123-152

ERNESTINE YOUNG
2312 HEBERT STREET
ST LOUIS MO   63112                                       LTS NO. 123-155

LONG BEACH MORTGAGE COMPANY
1100 TOWN & COUNTRY ROAD
ORANGE CA   92868                                         LTS NO. 123-155

DEUTSCHE BANK NATIONAL TRUST COMPANY
C/O WASHINGTON MUTUAL BANK
9451 CORBIN AVENUE
NORTHRIDGE CA   91324                                     LTS NO. 123-155

CARRIE YOUNG
4427 ARCO AVENUE
ST LOUIS MO   63110                                       LTS NO. 123-156

METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO   63103                                       LTS NO. 123-156

UNION ELECTRIC COMPANY
1901 CHOUTEAU
ST LOUIS MO   63103                                       LTS NO. 123-156

SPECIAL TAX BILL DEPARTMENT
ROOM 311 CITY HALL
1200 MARKET STREET
ST LOUIS MO   63103                                       LTS NO. 123-156

Exhibit B
Page 22

R E SOLUTIONS LLC
1846 MENARD
ST LOUIS MO   63104

LTS NO. 123-157

SAAMAN CORP
7925 FORSYTH BLVD
CLAYTON MO   63105

LTS NO. 123-157

GATEWAY BANK
3412 N UNION BLVD
ST LOUIS MO   63115

LTS NO. 123-157

5913-19 BARTMER LLC
6601 OLIVE STREET
ST LOUIS MO   63130

LTS NO. 123-160

CITY OF ST LOUIS SPECIAL TAX BILL
ROOM 311   CITY HALL
1200 MARKET STREET
ST LOUIS MO   63103

LTS NO. 123-160