IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EPICE CORPORATION | ) |
| | ) |
| Plaintiff | ) |
| | ) Ca. # 4:07CV00206 HEA |
| vs. | ) |
| | ) |
| THE LAND RITUALIZATION AUTHORITY OF THE CTY OF ST. LOUIS, et al | ) |
| | ) |
| Defendants | ) |

## DEFENDANTS MURPHY'S AND LEGGETT'S JOINT MOTION FOR ATTORNEY'S FEES.

Come now Defendants Murphy in his capacity as Sheriff of the Cty of St. Louis and the Collector of Revenue, City of St. Lous, by counsel, and move ths Honorable Court for a Judgment and award of Attorneys fees,, and in support thereof state:

1. This Cause was filed by the Plaintiff and against Defendants Sheriff and Collector, alleging certain civil right of the Plaintiff.

2. On December 4, 2009, this Court entered judgment in favor of these Defendants and against the Plaintiff.

3. During the course of discovery, Plaintiff's counsel acknowledged that he

-1-

believed that the Plaintiff did not have a valid cause of action against these Defendants. [1]

4. Defendants Sheriff and Collector are prevailing parties, and are entitled to an award of attorney's fees under the provisions of 42 U.S.C. SEC. 1988 (b).

5. Defendants attorney has expended a total of 239 hours, and at the rate of $175.00 per hour would be entitled to $41,825.00. A listing of the time, and dates on which work was done is attached hereto, and incorporated herein. [2]

6. Because Mr. Gephardt knew that the cause of action against these Defendants was improbable, he should be held personally responsible for the award. [3]

7. The undersigned swears that the matters set forth above are true and correct to the best knowledge and belief of the undersigned, subject to the penalties of making a false affidavit or declaration.

WHEREFORE, Defendants move an order of this Court awarding Counsel for the Defendants the total of $41,825.00 and that the award and judgment be assessed against Plaintiff and Plaintiff's Counsel,, and such other orders as ths court shall deem meet and just.

*Anthony J. Sestric*
Anthony J. Sestric, ARN # 4332
3967 Holly Hills Blvd. Attorney

-2-

St. Louis, MO 63116-3135
(314) 351-2512
(314) 351-2395 (Fax)
Attorney for the Sheriff and Collector

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing document has been electronically served upon the parties this 23rd day of December 2009 addressed to

Mr. Phllp K. Gebhardt
Attorney at Law
1720 No. Main
Desoto, MO 63020
Attorney for Plaintiff

and

Mr. Matthew C. Casey
Casey & Devoti
Attorneys at Law
100 No. Broadway, Suite 1000
St. Louis, Mo 63102-2704
Attorney for Plaintiff

and

Mr. Donald C. Dylewski
Office of the City Counselor
City Hall, Room 314
1200 Market St.
St. Louis, MO 63103

1.

Attorney for Defendants City of St. Louis and Land Reutilization Authority

and

Mr. Robert M. Hibbs,
Office of the City Counselor,
City Hall, Room 314,
1200 Market Street,
St. Louis, Missouri 63103,
Attorney for Defendants Land Reutilization Authority

*Anthony J. Sestric*