# United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward  314-244-7900
Clerk of Court

January 5, 2010

Epice Corporation
Attn: J. Dolores Epps
P.O. Box 4353
Culver City, CA. 90231

RE: Epice Corporation v. The Land Reutilization Authority of the City of St. Louis, MO. et al (Cause # 4:07-cv-206 HEA)

Dear Ms. Epps,

The Court is in receipt of your Motion to Reconsider the Opinion, Memorandum, and Order dated December 4, 2009. This document is being returned to you as a corporation is not allowed to represent itself Pro-se in our Court. Also, Epice Corporation is currently represented by counsel. A copy of this letter and your motion will be sent to the counsel of record for Epice Corporation. If you have any questions, you may contact the Clerk's office.


Sincerely,



Deputy Clerk

Enclosure

cc: Matthew Casey (w/ enclosure)
    Phillip Gebhardt (w/ enclosure)