IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EPICE CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:07CV00206 HEA |
| THE LAND REUTILIZATION AUTHORITY OF THE CITY OF ST. LOUIS, MISSOURI, JAMES W. MURPHY, RONALD A. LEGGETT, and CITY OF ST. LOUIS, MISSOURI, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW

COME NOW Matthew C. Casey and his law firm, Casey & Devoti, P.C., and move this Court for leave to withdraw as attorneys for Plaintiff Epice Corporation. In support of said motion, plaintiff states as follows:

1. Matthew C. Casey and his law firm, Casey & Devoti, P.C., were hired by Plaintiff's attorney, Philip Gebhardt, to act as local litigation counsel to help mainly with the procedural nuances of Federal Court.

2. It was agreed that Philip Gebhardt would remain as the lead counsel in the case and would handle all of the substantive work in the case. Matthew Casey and Casey & Devoti, P.C. would act only in a supporting role.

3. True to the above agreement, Philip Gebhardt has acted as lead council for Plaintiff in this case and Matthew Casey and Casey & Devoti, P.C. has only acted in a very limited supporting role.

4. At this time, Plaintiff Epice Corporation and Plaintiff's counsel, Philip Gebhardt, agree that the services of Matthew Casey and Casey & Devoti, P.C. are no longer necessary.

5. Both Plaintiff Epice Corporation and Plaintiff's counsel, Philip Gebhardt, consent to the withdrawal of Matthew Casey and Casey & Devoti, P.C. as attorneys for Plaintiff Epice Corporation.

6. Neither the case nor Plaintiff Epice Corporation will be prejudiced by the withdrawal of Matthew Casey and Casey & Devoti, P.C. since Plaintiff will still be represented by their lead counsel, Philip Gebhardt.

WHEREFORE, Matthew C. Casey and his law firm, Casey & Devoti, P.C., respectfully request this Court make and enter its Order granting Matthew C. Casey and Casey & Devoti, P.C. leave to withdraw as attorneys for Plaintff in this case, and for such further relief as the Court deems just and proper under the circumstances.

GEBHARDT REAL ESTATE AND
LEGAL SERVICES, L.L.C.
Phillip K. Gebhardt          #61304
1720 North Main Street
Desoto, Missouri 63020
(636) 586-4545
St. Louis Telephone (636) 337-0615
Fax (636) 586-3504

CASEY & DEVOTI, P.C.

by  /s/ Matthew C. Casey
    _____
    Matthew C. Casey          #102416
    100 North Broadway, Suite 1000
    St. Louis, Missouri 63102
    (314) 421-0763
    (314) 421-5059 Fax

Attorneys for Plaintiff

I hereby certify that on January 11, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

        Mr. Anthony J. Sestric
        Special Assistant Circuit Attorney
        3967 Holly Hills Boulevard
        St. Louis, Missouri 63116

        Mr. Donald G. Dylewski
        Associate City Counselor
        314 City Hall
        St. Louis, Missouri 63103

                */s/ Matthew C. Casey*
                _____

MCC/mlr
cc:    Dr. Raphael Williams
       Epice Corporation
       8515 Delmar, Suite 217
       St. Louis, Missouri 63124