IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| EPICE CORPORATION, a Nevada corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:07CV00206 HEA |
| THE LAND REUTILIZATION AUTHORITY OF THE CITY OF ST. LOUIS, MISSOURI, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S RESPONSES TO THE MOTION FOR SUMMARY JUDGMENT AS TO COUNT III OF PLAINTIFF'S FOURTH AMENDED COMPLAINT OF DEFENDANT CITY OF ST. LOUIS

COMES NOW Plaintiff, by and through its attorney, and for its Responses to the Motion for Summary Judgment as to Count III of Plaintiff's Fourth Amended Complaint of Defendant City of St. Louis, states:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Denied.   Plaintiff denies the statement made in paragraph 6 of the LRA/City Statement of Facts in Support of their Motion for Summary Judgment as to Count III of the Fourth Amended Complaint on the basis that said paragraph states propositions of law not statements of fact.  *See Morey Engineering & Construction Co. v. St. Louis Artificial Ice Rink Co.,*

242 Mo. 241, 146 S.W. 1142, 1144-1145 (1912) (the term "owner" can include a lienholder).

Respectfully submitted,

GEBHARDT REAL ESTATE AND
LEGAL SERVICES, L.L.C.

By: _____
/s/Phillip K. Gebhardt  Mo. Bar #29569
U.S.D.C., E.D. of Mo. # 61304
1720 North Main Street
Desoto, Missouri 63020
(636) 586-4545
St. Louis Telephone (636) 337-0615
Fax (636) 586-3504
E-mail at pkgmag@swbell.net
Co-counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served in accordance with this Court's electronic filing procedures on the 29th day of March 2010 to Anthony Sestric, Special Assistant Circuit Attorney, Attorney for Defendants Collector and James W. Murphy, Sheriff of the City of St. Louis, Donald C. Dylewski, Attorney for Defendants City of St. Louis and the Land Reutilization Authority of the City of St. Louis, Robert M. Hibbs, Attorney for Defendants City of St. Louis and the Land Reutilization Authority of the City of St. Louis, Daniel J. Proost, Attorney for Defendants Collector and Sheriff; and James A. Michael, Jr., Attorney for Defendants Collector and Sheriff.

Copy to Epice Corporation
F:\Shared Data\Law Clients\Epice Corporation\Litigation\Responses to Joint Motion for Summary Judgment as to Count III of City
File No. 06-386-L-5230
pkg